People of the State of Illinois, Plaintiff-Appellee, v. Donald Harvey, Defendant-Appellant.

Gen. No. 50,089. 

First District, Second Division.
September 28, 1965.

Thomas
B. Hart, Jr., of Chicago, for plaintiff in error; Daniel P. Ward,
State's Attorney of Cook County, of Chicago (Elmer C. Kissane
and E. Roger Horsky, Assistant State's Attorneys, of counsel), for
defendant in error. Opinion by JUSTICE BRYANT. Not to be
published in full.